IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLEVELAND HOWARD, | ) | |
|     Petitioner, | ) | Civil Action No. 12-37 Erie |
| | ) | |
| v. | ) | District Judge Sean J. McLaughlin |
| | ) | Magistrate Judge Susan Paradise Baxter |
| ARCHIE B. LONGLEY, | ) | |
|     Respondent. | ) | |

## MEMORANDUM ORDER

**SEAN J. McLAUGHLIN, District Judge.**

This habeas action was filed by Cleveland Howard pursuant to 28 U.S.C. § 2241. Howard is a federal prisoner currently confined at FCI-McKean, located in Bradford, Pennsylvania. He contended that the Bureau of Prisons erred in computing his federal sentence.

This case was referred to United States Magistrate Judge Susan Paradise Baxter for a report and recommendation in accordance with 28 U.S.C. § 636(b)(1) and Local Rule 72. On February 4, 2013, she issued a Report and Recommendation ("R&R") [ECF No. 15], in which she recommended that the petition be denied. Howard's Objections to the R&R were due on or before February 21, 2013 [see the docket entry for ECF No. 15], and he filed them before that date [see ECF No. 16]. On March 22, 2013, the Court issued a Memorandum Order adopting the R&R as the opinion of the Court, denying the petition, and closing this case. [ECF No. 17].

Now pending before the Court is Howard's motion for reconsideration [ECF No. 18], in which he expresses concern that we may have thought that his Objections were untimely and, as a result, did not consider them. He requests that if that occurred that we reconsider our March 22, 2013, Memorandum Order.

1

Howard's motion is denied because his Objections were timely filed and we considered them before issuing the final judgment. The March 22, 2013, Memorandum Order makes that clear:

> Petitioner filed objections on February 20, 2013. [ECF No. 16]. After de novo review of the documents in the case, together with the Report and Recommendation *and objections thereto*, the following order is entered:
>
> AND NOW, this 22nd day of March, 2013;
>
> IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DENIED.
>
> The Report and Recommendation [ECF No. 15] of Magistrate Judge Baxter, filed on February 4, 2013, is adopted as the opinion of the Court.
>
> The Clerk is directed to mark the case closed.

[ECF No. 17 at 1 (emphasis added)].

Accordingly, this **29th** day of **April, 2013**, it is hereby **ORDERED** that Howard's motion for reconsideration [ECF No. 18] is **DENIED**.

s/ Sean J. McLaughlin<br>
United States District Court Judge<br>
Western District of Pennsylvania